FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Public Citizen
*Plaintiff*

v.

National Park Service et al.
*Defendant*

Civil Action No. 1:25-cv-04468-RDM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jeanine Ferris Pirro
U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
601 D Street NW
Washington, DC 20530
USADC.ServiceCivil@usdoj.gov

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wendy Liu
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/29/2025

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-4468

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jeanine Ferris Pirro, U.S. Attorney for the District of Columbia

was received by me on *(date)* December 29, 2025 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________, a person of suitable age and discretion who resides there,

on *(date)* __________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________, who is

designated by law to accept service of process on behalf of *(name of organization)* __________

______________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

Pursuant to Rule 4(i), I served the U.S. Attorney for D.C. by email on December 30, 2025. The service package was received and accepted with a service date of December 30, 2025, as shown by the attached email.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: `12/31/2025

/s/ Wendy Liu
*Server's signature*

Wendy Liu
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

**From:** USADC-ServiceCivil
**To:** Wendy Liu; USADC-ServiceCivil
**Cc:** Will Gomberg
**Subject:** RE: Public Citizen v. National Park Service et al., No. 25-cv-04468 (D.D.C.)
**Date:** Tuesday, December 30, 2025 3:10:29 PM

---

The summons and complaint have been received by email, with a service date of December 30, 2025.

Civil-process Clerk, U.S. Attorney’s Office for the District of Columbia

---

**From:** Wendy Liu <wliu@citizen.org>
**Sent:** Tuesday, December 30, 2025 9:35 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Will Gomberg <wgomberg@citizen.org>
**Subject:** [EXTERNAL] Public Citizen v. National Park Service et al., No. 25-cv-04468 (D.D.C.)

Service package attached.

Wendy Liu
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7727