FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Public Citizen<br>*Plaintiff*<br>v.<br>National Park Service et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:25-cv-04468-RDM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Department of the Interior
1849 C Street, NW
Washington DC 20240

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wendy Liu
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/29/2025

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-4468

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of the Interior

was received by me on *(date)* December 29, 2025 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: On January 5, 2026, I caused the summons and complaint to be served by certified mail. The attached confirmation from the U.S. Postal Service indicates delivery was made on January 12, 2026.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/13/2026

/s/ Wendy Liu
*Server's signature*

Wendy Liu
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

**ALERT: WINTER WEATHER IN THE OHIO VALLEY, GREAT LAKES, AND NORTHEAST REGIONS ...**

# USPS Tracking®

**FAQs >**

**Remove ✕**

**Tracking Number:**

## 70172620000078164483

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to an individual at the address at 1:28 pm on January 12, 2026 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20240
January 12, 2026, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less ^**

Track Another Package

USPS.com® - USPS Tracking® Results

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**