UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,

       *Plaintiff,*

       v.

NATIONAL PARK SERVICE et al.,

       *Defendants.*

Civil Action No. 25-4468 (RDM)

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this

action with prejudice. Each party shall bear its own costs and fees.

Dated:  April 22, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Wendy Liu*
Wendy Liu (D.C. Bar No. 1600942)
William Gomberg (D.C. Bar No. 90040345)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Counsel for Plaintiff*

*Attorneys for the United States of America*